IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL, a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>v.<br><br>THE AUTOMATED BOOKKEEPER, INC. EZANDPAPERLESS.COM, BRIAN MATLIN, LUZ MATLIN and JOHN DOES 1-10,<br><br>              Defendants. | Civil Action No.: 2:15-cv-00794<br><br>**CLASS ACTION** |

### NOTICE OF SETTLEMENT

Plaintiff JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL, hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

              Respectfully submitted,

              JWD AUTOMOTIVE, INC. d/b/a NAPA AUTO CARE OF CAPE CORAL, individually and as the representative of a class of similarly-situated persons

              s/ Ryan M. Kelly
              Ryan M. Kelly – FL Bar No.: 90110
              ANDERSON + WANCA
              3701 Algonquin Road, Suite 500
              Rolling Meadows, IL  60008
              Telephone: 847-368-1500 / Fax: 847-368-1501
              Email: rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.


                /s/ Ryan M. Kelly